PEOPLE ex rel. TOMS v. BOARD OF SUP'RS OF ERIE COUNTY.

(Supreme Court, Appellate Division, Fourth Department. May 4, 1910.)

Appeal from Special Term, Erie County.

Certiorari by the People, on the relation of Robert A. Toms, against the Board of Supervisors of Erie County. Judgment for relator, and respondent appeals. Affirmed.

See, also, 121 N. Y. Supp. 636.

Thomas A. Sullivan, for appellant.
Percy S. Lansdowne, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

KRUSE, J.   I dissent, upon the ground that the action of the board of supervisors in including the illegal claims in the tax roll is not judicial, in the sense that it may be reviewed by writ of certiorari. The claims, the validity of which is challenged, arise out of certain resolutions of the board of supervisors, passed at different times, charging against the town deficiencies between what was assessed and collected on preceding tax rolls.   The resolutions so passed, and which I think are illegal, may be subject to review by a writ of certiorari in an independent proceeding; but that is not this case, as I understand it. The action sought to be reviewed here is, as it seems to me, ministerial, and not judicial.   People ex rel. Schau v. McWilliams, 185 N. Y. 92, 77 N. E. 785.